CONCEPCIÓN GUARDIOLA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN JUAN, SECCIÓN PRIMERA, recurrido.

No. 936.—*Sometido:* Noviembre 16, 1934. *Resuelto:* Noviembre 30, 1934.

*R. H. Blondet,* abogado de la recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En dos pleitos seguidos en la Corte Municipal de San Juan por Concepción Guardiola contra La O Flores en cobro de pagarés fueron embargadas dos fincas de su demandado, cuyos embargos fueron anotados en el Registro de la Propiedad de San Juan, Sección Primera. Esas fincas fueron inscritas después por título de compra a favor de José Dolores Flores, quien transcurridos cuatro años desde las anotaciones de esos embargos solicitó del registrador que por ese motivo cancelase esas anotaciones de embargo. Así lo hizo el registrador. Posteriormente solicitó Concepción Guardiola en sus pleitos contra La O Flores que la corte mu-

nicipal ordenase al registrador que cancelara las anotaciones de cancelación que hizo de esos embargos; moción que fué oída con notificación a La O Flores sin que éste compareciera y la corte ordenó las cancelaciones interesadas. Presentado en el registro mandamiento para que fueran hechas las cancelaciones solicitadas por Concepción Guardiola, el registrador se negó a verificarlas por aparecer las fincas inscritas a favor de José Dolores Flores, persona distinta del demandado en la acción y quien no fué notificado. Contra esa negativa se interpuso este recurso gubernativo por Concepción Guardiola.

Estando las fincas inscritas ahora a nombre de José Dolores Flores y habiendo sido canceladas, equivacada o acertadamente, a petición suya las anotaciones de los embargos, no puede ser destruído el estado de derecho así creado en el registro sin audiencia del actual dueño a quien benefician las cancelaciones practicadas. Por consiguiente, como para ordenar las cancelaciones no fué notificado José Dolores Flores, sino La O Flores que ya no tiene interés en las fincas según el registro, procedió correctamente el registrador al negarse a cumplir lo que se le ordenó *y su resolución debe ser confirmada.*